UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6976

DOUGLAS ALAN JARVIS,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; BUREAU OF PRISONS; HARLEY G.
LAPPIN; HARRELL WATTS; KIMBERLEY M. WHITE; TERRY
BILLINGSLEY; MICHELLE T. FUSEYAMORE; KELLY BOYLE; PATRICIA
R. STANSBERRY; VANESSA P. ADAMS; JEFF ALLEN; MICHEL JOSEPH;
MILTON C. SPEIGHTS; ANTHONY HARDING,

Plaintiffs - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:08-cv-00052-RAJ-TEM)

Submitted: October 22, 2008      Decided: December 16, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Douglas Alan Jarvis, Appellant Pro Se.  George Maralan Kelley,
III, Assistant United States Attorney, Norfolk, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Alan Jarvis appeals the district court's order denying his motion for preliminary injunction. An order granting or denying injunctive relief is immediately appealable. 28 U.S.C. § 1292 (2000). However, "[t]o qualify as a case fit for federal-court adjudication, an actual controversy must be extant at all stages of review . . . ." Toms v. Allied Bond & Collection Agency, Inc., 179 F.3d 103, 105 (4th Cir. 1999) (quoting Arizonans for Official English v. Arizona, 520 U.S. 43, 67 (1997)). Because Jarvis has obtained the relief he sought, i.e., transfer to a community correctional center, we dismiss this appeal as moot. We grant Jarvis' motions to amend his informal brief and also deny as moot his motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED